PEOPLE v. MORGENSTERN et al. In re SAYLES. PEOPLE v. BINGHAM. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against George Morgenstern and another. In the matter of Whipple O. Sayles. Proceeding by the People of the State of New York against Thomas

Bingham. No opinions. Motions granted. Orders filed.

PEOPLE, Respondent, v. FERRATO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Proceeding by the People of the State of New York against Mosemiliano Ferrato, and Garguino Albrico. No opinion. Motion granted dismissing appeal.